UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
UNITED STATES OF AMERICA | )
 | ) Criminal Action No.
v. | ) 07-10257-FDS
 | )
STEPHEN AGUIAR, | )
 | )
Defendant. | )
 | )

**ORDER ON MOTION TO STRIKE, MOTION
TO UNSEAL, AND MOTION TO APPOINT COUNSEL**

**SAYLOR, J.**

On December 9, 2011, Judge Gorton of this district signed a transfer of jurisdiction form intending to transfer this proceeding from the District of Massachusetts to the District of Vermont. However, due to a clerical error, the portion of the form signed by Judge Gorton stated that jurisdiction would be transferred to the District Court for the "Northern District of Georgia." Nevertheless, the intent of the court was clear, and the case was accepted by the District of Vermont. Defendant's case was in fact transferred to Vermont and it appears that there were subsequent proceedings there for violation of supervised release.

Pursuant to Fed. R. Civ. P. 60(a), the order of transfer of jurisdiction dated December 9, 2011, is deemed to be corrected to strike "Northern District of Georgia" and substitute "District of Vermont," the initial entry having been made by "clerical mistake" within the meaning of the rule.

Accordingly, the motion to strike the transfer is DENIED. This Court is without jurisdiction to resolve defendant's remaining pending motions to unseal a warrant petition and to appoint counsel, which should be brought in the Vermont proceeding.

**So Ordered.**

Dated:  January 5, 2018

/s/  F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge